Honrorable Judge Jung,

Your honor, my name is Assunta Puglisi. I am the mother of Ralph Puglisi. I will be 89 years old in December 2021. Our family thanks you for allowing him to be on house arrest while awaiting sentencing.

My son is a proud father of Anthony Puglisi and Anna Stueber. A proud grandfather of Hailee Puglisi, Anthony Puglisi Jr. and Levi Stueber. He has always been loving, kind and caring. He always helped me in our home with chores around the house. As he grew up to be a young man, he continued to help me with landscaping, cleaning gutters and power washing my home. He always lived nearby to be able to support and care for me. I could count on him no matter what I asked of him.

When he moved to Florida from New Jersey 15 years ago, he wanted to buy a home that I could live in as my home in New Jersey was a spit level home with three sets of steps. He didn't want me having an accident falling down the stairs. I eventually moved after a few falls and my son had a first floor apartment home ready for me to move into. I unfortunately have had several health problems here in Florida but my son has been by my side the whole time as I don't fully understand what doctors are saying sometimes. I had a heart attack a few years ago. I suffer from high blood pressure. I suffer from syncope and experienced a few times passing out, I have suffered a brain injury and recently I broke 4 ribs. I have a pacemaker. My son, Ralph, has loved, cared and supported me through all of my health issues. He never once said that I should go to an assisted living facility as he knows that I want to stay in my home to live out the rest of my years. It was hard with my broken ribs being in the hospital during the pandemic as visitation was limited. I coded two times in the hospital and the second time I was in CCU. When I face timed with my son, he knew even though I had broekn ribs and issues with syncope I wanted to come home after 10 days in the hospital. He called the doctor and had him sign off an against medical advice discharge aand arranged for me to be transported home. I was bedridden for 3 months and between my two sons and a caretaker, I recoved from the broken ribs and am managing my high blood pressure and syncope. I am not left alone. I have had two caretakers come into my house with COVID and had to take a test two times and thankfully they were negative. I will not allow anymore care takers into my home as the last caretaker passed away this pass September 2021 with COVID complcations.

Your honor, my son has mental health issues that he trying to work through. He is doing hyperbaric treatments and tweeking his medication with a psychiatrist. His actions were out of character for

him as he has never broken the law before. In my opinion, he deserves a second chance to mainly work and pay back his former employer. He is ashamed and sorry for his actions. His life is very humble as he works and takes care of me along with his brother. We all live together and that makes me happy. I must admit that my son Ralph cooks better than his brother. He makes sure that my bed is changed every week along with folding all the clothes after washed. His brother, Robert, receives social security disabilty. He has health issues and doesn't have the passion and motivation to completely care for me. I know if I ask Ralph to lotion my feet or do anything for me, he won't complain.

Your honor, if my son is incarerated, I feel that my broken heart will lead to my death. I want my son to do the right thing and pay back his former employer and to take care of me. This year I am happy with Ralph living with me. I am asking for your leniency when sentencing him. Can you sentence him to house arrest for the amount of years that would be his jail time? He is truly sorry for his actions and knows that his life is to be served paying back his former employer, being a loving and caring son, father, gradfather and brother.

Your honor, thank you for reading my letter.

Sincerely.

Asunta Puglisi